FILED

06/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0230

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0168

DEPOSITORS INSURANCE COMPANY,

      Plaintiff and Appellee,

and SARA THARP,

      Plaintiff and Cross-Appellant,

  v.

PATRICK SANDIDGE,

      Defendant and Appellant.

SECOND ORDER
OF MEDIATOR APPOINTMENT

Andres Nicholas Haladay, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, Mr. Haladay's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **David L. Nielsen,** whose name appears next on the list of attorneys desiring appointment as mediators for money judgment appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 4th day of June, 2021.

_____
Bowen Greenwood, Clerk of the Supreme Court

C:    Stephanie A. Hollar, Paul Robert Haffeman, Geoffrey C. Angel,
     Scott George Gratton, Adam Michael Shaw, Andres Nicholas Haladay,
     And David L. Nielsen